

James H. Vernon, Esq.
Katherine Vernon Ryan, Esq.
2070 San Ramon Valley Blvd.
San Ramon, CA 94583
Phone: (925) 838-9400
Fax:   (925) 838-9701



**LAW OFFICES OF
JAMES H. VERNON**



FILED
JUN 8 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

# Fax

| | | | |
|---|---|---|---|
| **To:** Hon. Randall J. Newsome | | **From:** James Vernon |
| **Fax:** (510) 879-3549 | | **Pages:** 1 |
| **Phone:** | | **Date:** 6/4/09 |
| **Re:** MANGALE Case No.: 09-40642 | | **CC:** Marc Voisenat, Esq. |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Judge Newsome:

United Home Loan, Inc. will not be appearing on June 8, 2009 at 9:30 a.m. to contest the valuation of 24588 Mission Blvd., Hayward, California, on behalf of the holders of the second deed of trust.

Respectfully,

James H. Vernon

CC: Marc Voisenat
510-272-9158