Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
John L. Mangale
Lolita R. Mangale

United States Bankruptcy Court
Northern District of California

In re: ) Case No.: 09-40642
)
John L. Mangale )
Lolita R. Mangale ) **MOTION FOR DEFAULT ENTRY OF**
) **ORDER ON MOTION TO MOTION TO**
Debtors. ) **VALUE COLLATERAL**

On April 3, 2009 a Motion to Value Collateral was served on all interested parties. The motion sought to value the real property located at 24588 Mission Blvd., Hayward, California pursuant to 11 U.S.C. §506 and F.R.B.P 3012 (the "Motion"). A true and correct copy of the motion is attached to the declaration of Marc Voisenat as Exhibit "A".

The Motion allowed all interested parties an opportunity to request a hearing if there was an objection to the requested relief. An objection was filed by United Home Loan Co., Inc. ("United") on April 27, 2009 and an evidentiary hearing was scheduled for June 8, 2009. On June 4, 2009, United withdrew their objection to the motion. To date, there have been no other objections to the Motion. A true and correct copy of the proof of service is attached to Exhibit "A".

Wherefore, debtors pray the Court grant its motion valuing collateral.

Dated: June 12, 2009

/s/ Marc Voisenat
Marc Voisenat , Attorney for debtor

- 1 -

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 1035, Oakland, California 94612.

On June 12, 2009, I served the foregoing document described as: **MOTION FOR DEFAULT ENTRY OF ORDER ON MOTION TO VALUE COLLATERAL; DECLARATIONS OF MARC VOISENAT AND JOHN MANGALE IN SUPPORT THEREOF** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

U.S. Trustee
1301 Clay Street, Rm. 690N
Oakland, Ca.  94612

Martha Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, Ca.  94545

United Home Loan
2070 San Ramon Valley Blvd
San Ramon, CA 94583

James H. Vernon
2070 San Ramon Valley Blvd
San Ramon, CA 94583

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2009 at Oakland, California.

/s/ Nilda Voisenat
Nilda Voisenat